Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Harutuyan Harutyunyan, et al., <br><br> Defendants. | CASE NO. 2:13-cv-06715-PLA <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ABRAHAM GOTTLIEB, individually and d/b/a CAFÉ ENTOURAGE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and defendant ABRAHAM GOTTLIEB, individually and d/b/a CAFE ENTOURAGE that the above-entitled action is hereby dismissed **with prejudice** against ABRAHAM GOTTLIEB, individually and d/b/a CAFE ENTOURAGE *only*.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

*[signature: Paul L. Abrams]*
_____    Dated: September 28, 2017
**The Honorable Paul L. Abrams**
**United States Magistrate Judge**

///

///

///

///

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL**
**Case No. 2:13-cv-06715 -PLA**
**PAGE 1**